Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JUL 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVEN A. WRIGHT,<br><br>Defendant. | DOCKET NO. 6:16-po-00439-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the Assistant Prosecutor for misdemeanor matters arising in the Park. I have been so employed for six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. In the normal course of my duties, I learned that defendant Deven A. WRIGHT has failed to file to the Court sworn proof of having attended AA or NA twice per week during the first 6 months of probation.

As the acting legal officer, I am aware that WRIGHT was charged with the

1

following violations on violation notices: Citation No. 6378926 for possession of a controlled substance (Xanax), in violation of Title 36 Code of Federal Regulations §2.35(b)(2); Citation No. 6378927 for possession of a controlled substance (MDMA), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); and Citation No. 6378928 for possession of a controlled substance (Oxycodone), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2).

On September 13, 2016, WRIGHT plead guilty to Citation No. 6378926, possession of a controlled substance (Xanax), and Citation No. 6378927, possession of a controlled substance (MDMA). The Court dismissed Citation No. 6378928, possession of a controlled substance (Oxycodone). WRIGHT was sentenced to a deferred entry of judgement, which included 12 months of unsupervised probation with the conditions he obey all laws, report any new violations to the Court through counsel, pay a $480 fine and $20 special assessment, for a total of $500; attend AA or NA two times weekly for six months of probation and file sworn proof of attendance to the Court and Government Officer, through counsel. The government alleges WRIGHT has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO PROVIDE PROOF OF ATTENDING AA

WRIGHT was ordered to attend AA or NA two times weekly for six month of probation and file sworn proof of attendance to the Court. As of the date of this affidavit, WRIGHT has not provided proof of having attended any AA or NA sessions.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge

07/26/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

2

7/26/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California